Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.

Plaintiff(s),

v.

FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC;
FAIRCHILD SEMICONDUCTOR CORPORATION; and
FAIRCHILD (TAIWAN) CORPORATION

Defendant(s).

Case No: 15-CV-04854-M

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Charles J. Hawkins, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Fairchild Semiconductor International, Inc in the above-entitled action. My local co-counsel in this case is Yar R. Chaikovsky, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Paul Hastings LLP | Paul Hastings LLP |
| 875 15th St., NW, Washington, DC 20005 | 1117 S. California Ave., Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 551-1955 | (650) 320-1800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| charleshawkins@paulhastings.com | yarchaikovsky@paulhastings.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 488606.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/25/16

Charles J. Hawkins
APPLICANT

===

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Charles J. Hawkins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 26, 2016

UNITED STATES DISTRICT/MAGISTRATE JUDGE