# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION,<br><br>Defendants. | CASE NO. 3:15-CV-04854-MMC<br><br>**[PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT FOR HEARING PURSUANT TO GENERAL ORDER NO. 58** |

IT IS HEREBY ORDERED:

Projectors and related projection equipment may be brought into Courtroom 7, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on Thursday, April 7, 2016 for the express purpose of presenting the parties' hearing presentations at the hearing set for Friday, April 8, 2016.

The parties shall contact the Deputy Clerk to arrange for access to the courtroom.

**IT IS ORDERED.**

DATED: March 31, 2016

Hon. Maxine M. Chesney

United States District Judge

LEGAL_US_E # 121064223.1 93241.00009

[PROPOSED] ORDER                      -1-                      CASE NO. 3:15-CV-04854-MMC