1  BLAIR M. JACOBS (admitted *pro hac vice*)
   blairjacobs@paulhastings.com
2  CHRISTINA A. ONDRICK (admitted *pro hac vice*)
   christinaondrick@paulhastings.com
3  PAUL HASTINGS LLP
   875 15th Street NW
4  Washington, DC 20005
   Telephone: (202) 551-1700
5
   YAR R. CHAIKOVSKY (SBN: 175421)
6  yarchaikovsky@paulhastings.com
   PAUL HASTINGS LLP
7  1117 S. California Avenue
   Palo Alto, CA 94304
8  Telephone: (650) 320-1800

9  Attorneys for Defendants
   *Fairchild Semiconductor Int'l, Inc., Fairchild*
10 *Semiconductor Corp., and Fairchild (Taiwan) Corp.*

APPROVED
Judge Maxine M. Chesney

Dated: April 20, 2016

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 | POWER INTEGRATIONS, INC., a          | CASE NO. 3:15-CV-04854-MMC
   | Delaware corporation,                |
17 |                                      | **JOINT STIPULATION REGARDING**
   |         Plaintiff,                   | **EXTENSION OF TIME PURSUANT TO**
18 |                                      | **CIVIL L.R. 6-1(a)**
   |   vs.                                |
19 |                                      |
   | FAIRCHILD SEMICONDUCTOR              |
20 | INTERNATIONAL, INC., FAIRCHILD       |
   | SEMICONDUCTOR CORPORATION, and       |
21 | FAIRCHILD (TAIWAN) CORPORATION,      |
   |                                      |
22 |         Defendants.                  |

23

24

25

26

27

28

Joint Stipulation for Extension of Time                    CASE NO. 3:15-CV-04854-MMC

1    IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Power Integrations, Inc. ("Power Integrations") and Defendants Fairchild Semiconductor International, Inc., Fairchild Semiconductor Corp., and Fairchild (Taiwan) Corp. (collectively, "Fairchild"), by and through their undersigned counsel, pursuant to Civil L.R. 6-1(a), as follows:

Power Integrations and Fairchild hereby agree to extend the date for Defendants to respond to Power Integrations' First Amended Complaint to April 29, 2016.

DATED:  April 19, 2016            Respectfully submitted,

                                  PAUL HASTINGS, LLP


                                  By:   */s/ Blair M. Jacobs*
                                       Blair M. Jacobs
                                       Christina A. Ondrick

                                       Attorneys for Defendants
                                       *Fairchild Semiconductor Int'l, Inc., Fairchild Semiconductor Corp., and Fairchild (Taiwan) Corp.*


                                  FISH & RICHARDSON P.C.


                                  By:   */s/ Michael R. Headley*
                                       Michael R. Headley
                                       Frank E. Scherkenbach
                                       500 Arguello Street, Suite 500
                                       Redwood City, CA 94063
                                       Telephone: 650.839.5070
                                       Facsimile: 650.839.5071

                                       Attorneys for Plaintiff
                                       *Power Integrations, Inc.*

Joint Stipulation for Extension of Time          -1-           CASE NO. 3:15-CV-04854-MMC

1 | Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document
2 | has been obtained from the signatory listed above.

4 | DATED: April 19, 2016          By:   */s/ Blair M. Jacobs*