Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Power Integrations, Inc.,  )
                  ) Case No: 15-cv-4854-MM
       Plaintiff(s),  )
                  ) **APPLICATION FOR**
   v.              ) **ADMISSION OF ATTORNEY**
                  ) **PRO HAC VICE**
Fairchild Semiconductor International ) (CIVIL LOCAL RULE 11-3)
                  )
       Defendant(s).  )

     I, GERALD F. IVEY, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: all Fairchild defendants in the above-entitled action. My local co-counsel in this case is Erik R. Puknys, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 901 New York Avenue, NW<br>Washington, DC 20001 | 3300 Hillview Avenue<br>Palo Alto, CA 94304 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 408-4000 | (650) 849-6600 |
| My email address of record: | Local co-counsel's email address of record: |
| gerald.ivey@finnegan.com | erik.puknys@finnegan.com |

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 367009.

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

     *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/27/16                          GERALD F. IVEY
                                                           APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

     IT IS HEREBY ORDERED THAT the application of GERALD F. IVEY is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 28, 2016

                                     UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE