| | |
|---|---|
| Frank E. Scherkenbach (SBN 142549)<br>scherkenbach@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02110-2804<br>Tel: (617) 542-5070  **  Fax:  (617) 542-8906<br><br>Howard G. Pollack (SBN 162897)<br>pollack@fr.com<br>Michael R. Headley (SBN 220834)<br>headley@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>Tel: (650) 839-5070  **  Fax: (650) 839-5071<br><br>Attorneys for Plaintiff<br>POWER INTEGRATIONS, INC. | Erik R. Puknys (SBN 190926)<br>erik.puknys@finnegan.com<br>Justin A. Hendrix (SBN 301057)<br>justin.hendrix@finnegan.com<br>Ming Wai Choy (SBN 306189)<br>ming.choy@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Tel: (650) 849-6600  **  Fax: (650) 849-6666<br><br>Blair M. Jacobs (admitted *pro hac vice*)<br>blairjacobs@paulhastings.com<br>Christina A, Ondrick (admitted *pro hac vice*)<br>christinaondrick@paulhastings.com<br>Charles J. Hawkins (admitted *pro hac vice*)<br>charleshawkins@paulhastings.com<br>Patrick J. Stafford (admitted *pro hac vice*)<br>patrickstafford@paulhastings.com<br>PAUL HASTINGS LLP<br>875 15th Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 551-1700  **  Fax: (202) 551-1705<br><br>Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION<br><br>*Additional counsel listed on signature page* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>  Defendants. | Case No. 3:15-cv-04854-MMC<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-2, by and among
2  Plaintiff Power Integrations, Inc. ("Power Integrations") and Defendants Fairchild Semiconductor
3  International, Inc., Fairchild Semiconductor Corp., and Fairchild (Taiwan) Corp. (collectively,
4  "Fairchild"), as follows:
5  The Court has scheduled an initial case management conference for June 24 in this matter.
6  Fairchild has recently engaged new counsel to handle this matter, and Fairchild's new
7  counsel has a conflict with the previously-scheduled date.
8  Fairchild has also recently answered Power Integrations' complaint and asserted four claims
9  for patent infringement as part of its counterclaims.
10 As such, Power Integrations and Fairchild have discussed their availability to reschedule the
11 case management conference to a date that works for the parties and have agreed that August 26
12 would work for everyone involved.
13 There have not been any prior modifications to the Court's schedule in this case, although
14 the parties did stipulate to extend the time to answer each other's complaints, the first such
15 agreement extending Fairchild's deadline to answer the complaint to April 29 (Dkt. No. 41), and a
16 subsequent stipulation extending the current deadline for Power Integrations to answer Fairchild's
17 counterclaims to June 22 (Dkt. No. 55).
18 Given the early stage of this case and the patents recently added to this case, the requested
19 time modification will not have any impact on the schedule for this case.
20 THEREFORE, Power Integrations and Fairchild stipulate and respectfully request that the
21 Court reschedule the initial case management conference to August 26, 2016.

23 Dated:  June 1, 2016                         FISH & RICHARDSON P.C.

24                                              By: */s/ Michael R. Headley*
                                                    Michael R. Headley
25
26                                              Attorneys for Plaintiff
                                                POWER INTEGRATIONS, INC.

1   JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE
    CASE MANAGEMENT CONFERENCE
    Case No. 3:15-cv-04854-MMC

Dated:  June 1, 2016

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: */s/ Erik R. Puknys*
      Erik R. Puknys

Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION

*Additional counsel:*

Yar R. Chaikovsky (SBN 175421 / yarchaikovsky@paulhastings.com)
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel; 650-320-1800  **  Fax: 650-320-1900

E. Robert Yoches (admitted pro hac vice / bob.yoches@finnegan.com)
Gerald F. Ivey (admitted pro hac vice / gerald.ivey@finnegan.com)
J. Preston Long (admitted pro hac vice / j.preston.long@finnegan.com)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, DC 20001
Tel: 202-408-4000  **  Fax: 202-408-4400

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated:  June 1, 2016

FISH & RICHARDSON P.C.

By: */s/ Michael R. Headley*
      Michael R. Headley

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___June 1__, 2016          By: _____
                                       MAXINE M. CHESNEY
                                       United States District Judge