1  Frank E. Scherkenbach (SBN 142549)
   scherkenbach@fr.com
2  FISH & RICHARDSON P.C.
   One Marina Park Drive
3  Boston, MA 02110-2804
   Tel: (617) 542-5070  **  Fax:  (617) 542-8906
4
   Howard G. Pollack (SBN 162897)
5  pollack@fr.com
   Michael R. Headley (SBN 220834)
6  headley@fr.com
   FISH & RICHARDSON P.C.
7  500 Arguello Street, Suite 500
   Redwood City, CA  94063
8  Tel: (650) 839-5070  **  Fax: (650) 839-5071

9  Attorneys for Plaintiff
   POWER INTEGRATIONS, INC.

   Blair M. Jacobs (admitted *pro hac vice*)
   blairjacobs@paulhastings.com
   Christina A, Ondrick (admitted *pro hac vice*)
   christinaondrick@paulhastings.com
   Charles J. Hawkins (admitted *pro hac vice*)
   charleshawkins@paulhastings.com
   Patrick J. Stafford (admitted *pro hac vice*)
   patrickstafford@paulhastings.com
   PAUL HASTINGS LLP
   875 15th Street, N.W.
   Washington, DC 20005
   Tel: (202) 551-1700  **  Fax: (202) 551-1705

   Erik R. Puknys (SBN 190926)
   erik.puknys@finnegan.com
   Justin A. Hendrix (SBN 301057)
   justin.hendrix@finnegan.com
   Ming Wai Choy (SBN 306189)
   ming.choy@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
   3300 Hillview Avenue
   Palo Alto, CA 94304
   Tel: (650) 849-6600  **  Fax: (650) 849-6666

   Attorneys for Defendants FAIRCHILD
   SEMICONDUCTOR INTERNATIONAL,
   INC.,  FAIRCHILD SEMICONDUCTOR
   CORPORATION, and FAIRCHILD
   (TAIWAN) CORPORATION

   *Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Case No. 3:15-cv-04854-MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☒ Private ADR (*please identify process and provider*)  The parties have agreed to a private mediation with a private mediator of the parties' election.

The parties agree to hold the ADR session by:

☐ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☒ other requested deadline: The parties believe that mediation in this case should occur as part of a larger effort to settle all the litigations between the parties. In view of Fairchild's pending merger and the rulings the parties expect to receive later this year in their co-pending litigations, the parties believe that mediation would be most productive after final judgment is entered in the other case between them that is currently pending in this Court (No. 09-cv-05235-MMC) and after conclusion of an appeal currently pending in the Federal Circuit (No. 2015-1329), which was argued on July 8, 2016.

Dated: Aug, 5, 2016          */s/ Erik R. Puknys*
                              Erik R. Puknys
                              Attorney for Defendants


Dated: Aug. 5, 2016          */s/ Michael R. Headley*
                              Michael R. Headley
                              Attorney for Plaintiff

1

STIP & ~~PROPOSED~~
ORDER SELECTING ADR PROCESS
Case No. 3:15-cv-04854-MMC

*Additional counsel for Defendants*

Yar R. Chaikovsky (SBN 175421 / yarchaikovsky@paulhastings.com)
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel; 650-320-1800  **  Fax: 650-320-1900

E. Robert Yoches (admitted pro hac vice / bob.yoches@finnegan.com)
Gerald F. Ivey (admitted pro hac vice / gerald.ivey@finnegan.com)
J. Preston Long (admitted pro hac vice / j.preston.long@finnegan.com)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, DC 20001
Tel: 202-408-4000  **  Fax: 202-408-4400

# [PROPOSED] ORDER

**IT IS SO ORDERED:**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

The parties' ADR deadline will be addressed at the next Case Management Conference.

Dated: August 10, 2016

The Hon. Maxine Chesney
UNITED STATES DISTRICT JUDGE