1  Frank E. Scherkenbach (SBN 142549)
   scherkenbach@fr.com
2  FISH & RICHARDSON P.C.
   One Marina Park Drive
3  Boston, MA 02110-2804
   Tel: (617) 542-5070  **  Fax:  (617) 542-8906
4
   Howard G. Pollack (SBN 162897)
5  pollack@fr.com
   Michael R. Headley (SBN 220834)
6  headley@fr.com
   FISH & RICHARDSON P.C.
7  500 Arguello Street, Suite 500
   Redwood City, CA  94063
8  Tel: (650) 839-5070  **  Fax: (650) 839-5071

9  Attorneys for Plaintiff
   POWER INTEGRATIONS, INC.

Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Justin A. Hendrix (SBN 301057)
justin.hendrix@finnegan.com
Ming Wai Choy (SBN 306189)
ming.choy@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Tel: (650) 849-6600  **  Fax: (650) 849-6666

Blair M. Jacobs (admitted *pro hac vice*)
blairjacobs@paulhastings.com
Christina A, Ondrick (admitted *pro hac vice*)
christinaondrick@paulhastings.com
Charles J. Hawkins (admitted *pro hac vice*)
charleshawkins@paulhastings.com
Patrick J. Stafford (admitted *pro hac vice*)
patrickstafford@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700  **  Fax: (202) 551-1705

Attorneys for Defendants FAIRCHILD
SEMICONDUCTOR INTERNATIONAL,
INC.,  FAIRCHILD SEMICONDUCTOR
CORPORATION, and FAIRCHILD
(TAIWAN) CORPORATION

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and FAIRCHILD (TAIWAN) CORPORATION, a Taiwanese corporation, <br><br> Defendants. | Case No. 3:15-cv-04854-MMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1    IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-2, by and among
2  Plaintiff Power Integrations, Inc. ("Power Integrations") and Defendants Fairchild Semiconductor
3  International, Inc., Fairchild Semiconductor Corp., and Fairchild (Taiwan) Corp. (collectively,
4  "Fairchild"), as follows:
5    Since the time of the prior hearing on August 26, 2016, the parties have continued to discuss
6  the possibility of staying the instant lawsuit to stage the resolution of their pending disputes.  The
7  parties have not yet been able to finalize a specific plan at this time, but they are making progress in
8  that regard since Fairchild's acquisition by ON Semiconductor was completed on September 19,
9  2016.  As such, the parties respectfully stipulate and request, subject to the Court's approval, that
10 the case management conference currently scheduled for Oct. 14, 2016 be rescheduled to November
11 18, 2016, to permit the parties to continue their discussions.  The parties believe this will make the
12 most efficient use of both the Court's and the parties' resources, and the parties will be in a position
13 to submit an updated status report and joint case management conference statement to the Court no
14 later than November 11, 2016.
15   The only prior modifications to the Court's schedule in this case have been to accommodate
16 a scheduling conflict for Fairchild's counsel and to provide Power Integrations more time to
17 evaluate Fairchild's counterclaims (Dkt. No. 59) and to extend the initial case management
18 conference to permit the parties to evaluate the possibility of a stay and the import of Fairchild's
19 acquisition (Dkt. No. 68).
20   Given the early stage of this case, the requested time modification will not have any impact
21 on the schedule for this case.
22   THEREFORE, Power Integrations and Fairchild stipulate and respectfully request that the
23 Court reschedule the initial case management conference to November 18, 2016.

24 Dated:  October 7, 2016                FISH & RICHARDSON P.C.

25                                        By: /s/ Michael R. Headley
                                              Michael R. Headley
26
                                          Attorneys for Plaintiff
27                                        POWER INTEGRATIONS, INC.
28

Dated:  October 7, 2016

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: */s/ Erik R. Puknys*
     Erik R. Puknys

Attorneys for Defendants FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, and FAIRCHILD (TAIWAN) CORPORATION

*Additional counsel:*

Yar R. Chaikovsky (SBN 175421 / yarchaikovsky@paulhastings.com)
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel; 650-320-1800  **  Fax: 650-320-1900

E. Robert Yoches (admitted pro hac vice / bob.yoches@finnegan.com)
Gerald F. Ivey (admitted pro hac vice / gerald.ivey@finnegan.com)
J. Preston Long (admitted pro hac vice / j.preston.long@finnegan.com)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, DC 20001
Tel: 202-408-4000  **  Fax: 202-408-4400

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated:  October 7, 2016

FISH & RICHARDSON P.C.

By: */s/ Michael R. Headley*
     Michael R. Headley

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 11, 2016

By: *[signature]*
MAXINE M. CHESNEY
United States District Judge