IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC., et al.,<br><br>                    Defendants. | Case No.  15-cv-04854-MMC<br><br>**ORDER VACATING HEARING ON<br>DEFENDANTS' MOTION TO STAY** |

Before the Court is defendants' "Motion to Stay," filed November 10, 2016. Plaintiff has filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for December 16, 2016.

**IT IS SO ORDERED.**

Dated: December 12, 2016

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California